UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-249-CEM-EJK
    18 U.S.C. § 2422(b)

JAMES BERNARD GROVER

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Coercion and Enticement of a Minor to Engage in Sexual Activity)**

On or about May 16, 2023, in the Middle District of Florida, and elsewhere, the defendant,

JAMES BERNARD GROVER,

within the special maritime and territorial jurisdiction of the United States, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, C.W., to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Sexual Abuse of a Minor in violation of 18 U.S.C. § 2243(a).

In violation of 18 U.S.C. § 2422(b).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, the following: an Apple iPhone and a tablet computer, seized from the Defendant on or about September 4, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: /s/ Adam J. Nate
Adam J. Nate
Assistant United States Attorney

By: /s/ Chauncey A. Bratt
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JAMES BERNARD GROVER

## INDICTMENT

Violation:

18 U.S.C. § 2422(b)

A true bill,

███████████████████████████████
          Foreperson

Filed in open court this 2nd day of October, 2024.

_____
          Clerk

Bail   $_____

GPO 863 525